MARGARET C. HENRICKS, Appellant, v. ARTHUR P. HENRICKS, Respondent.

Argued June 2, 1950; decided July 11, 1950.

*Peter L. F. Sabbatino, Thomas J. Todarelli* and *Edward J. Fontana* for appellant.

*Jay Leo Rothschild* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.